# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DANIEL MACIAS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DARRYL ADAMS, Warden,<br><br>　　　　　　Respondent. | Case No. 2:18-cv-04844 ODW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that the FAP is DENIED and that Judgment be entered DISMISSING this action with prejudice and without leave to amend.

Dated: May 18, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge