JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DANIEL MACIAS,<br><br>             Petitioner,<br><br>      v.<br><br>DARRYL ADAMS, Warden,<br><br>             Respondent. | Case No. 2:18-cv-04844-ODW (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: May 18, 2022

                                          HONORABLE OTIS D. WRIGHT, II
                                          United States District Judge